UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION ) ) ) ) ) | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

*Catherine Cotroneo v. Bayer Corporation, et al.* No. 10-cv-10994-DRH

*Janine Creech v. Bayer Corporation, et al.*   No. 10-cv-11628-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on June 8, 2015, the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

JUSTINE FLANAGAN,
ACTING CLERK OF COURT

BY:  /s/*Caitlin Fischer*
         Deputy Clerk

Digitally signed by
David R. Herndon
Date: 2015.06.09
14:02:11 -05'00'

APPROVED:
      DISTRICT JUDGE
      U. S. DISTRICT COURT